# ChamberlainD'Amanda

ATTORNEYS AND COUNSELORS AT LAW

5/6/11

#8066
$2.40

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
100 State Street
Rochester, New York 14614

    Re:    <u>TODD, SCOTT STEVEN</u> / Case # <u>10-20077</u>
           Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

    Enclosed please find my Trustee's check in the amount of $2.40. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

    \_\_\_\_\_ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

    **X** The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

Claimant <u>GE Money Bank</u>      Amount $ <u>2.40</u>      Claim Register # <u>19</u>

*[signature]*

DOUGLAS J. LUSTIG
Trustee

*FILED 2011 MAY -6 PM 3:58 U.S. BANKRUPTCY COURT WDNY ROCHESTER*

1600 Crossroads Building
Two State Street
Rochester, NY 14614-1373

585 232 3730
FAX 585 232 3882
www.cdlawyers.com

CHAMBERLAIN D'AMANDA OPPENHEIMER & GREENFIELD LLP